IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

TRACY O.,[1]

    Plaintiff,

v.                                Civil Action No. 3:24cv304

FRANK BISIGNANO,[2]
Commissioner of Social
Security,

    Defendant.

## ORDER

Having reviewed the REPORT AND RECOMMENDATION of the Magistrate Judge entered herein on August 8, 2025 (ECF No. 16), the PLAINTIFF'S OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION (ECF No. 17), the DEFENDANT'S RESPONSE TO PLAINTIFF'S OBJECTIONS TO THE REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE SUMMER L. SPEIGHT (ECF No. 18), and the time for the plaintiff to file a timely reply having expired, and no timely reply having been filed, and having considered the record and the

---

[1] The Committee on Court Administration and Case Management of the Judicial Conference of the United States has recommended that, due to significant privacy concerns in social security cases, federal courts should refer to claimants only by their first names and last initials.

[2] Frank Bisignano was sworn in as the Commissioner of Social Security on May 7, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, he has been substituted for the former Commissioner as Defendant in this action. 42 U.S.C. § 405(g). No further action need be taken. 42 U.S.C. § 405(g).

REPORT AND RECOMMENDATION (ECF No. 16) and finding no error therein, it is hereby ORDERED that:

(1) The PLAINTIFF'S OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION (ECF No. 17) are overruled; and

(2) The REPORT AND RECOMMENDATION of the Magistrate Judge (ECF No. 16) is adopted on the basis of the reasoning of the REPORT AND RECOMMENDATION; and

(3) The Plaintiff's MOTION FOR SUMMARY JUDGMENT (ECF No. 12) is denied; and

(4) The DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF No. 14) is granted; and

(5) The Commissioner's decision is affirmed.

It is further ORDERED that the issues are adequately addressed by the briefs and oral argument would not materially aid the decisional process.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: August 26, 2025